# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1913
Lower Tribunal No. CF19-008043-XX

_____

DEBONAIRE MCINTOSH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

June 14, 2024

PER CURIAM.

AFFIRMED. *See Heuss v. State*, 687 So. 2d 823 (Fla. 1996).

STARGEL and WOZNIAK, JJ., and LAMBERT, B.D., Associate Judge, concur.

Howard L. "Rex" Dimmig, II, Public Defender, and Daniel Wehking, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin, Senior Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED